[No. 2976.  Decided December 1, 1898.]

E. KASCH, *Appellant,* v. J. P. NELSON *et al., Respondents.*

DISMISSAL OF APPEAL—SERVICE AND FILING OF NOTICE AND BOND.

An appeal will be dismissed where there is no proof in the record of the service of the appeal notice or of the time of its filing; also, when the record fails to show the time of filing of the appeal bond.

Appeal from Superior Court, Skagit County.—Hon. JESSE P. HOUSER, Judge.  Appeal dismissed.

*Stratton & Powell,* and *H. D. Allison,* for appellant.
*Dorr & Hadley,* for respondents.

PER CURIAM.—The record fails to show that this court has jurisdiction of the appeal in this case, both with regard to the giving of a notice of appeal and filing of a bond. There is a prepared notice in the record, but no proof of its service or of the time of its filing.  A copy of an appeal bond also appears, but with nothing to indicate when it was filed in the lower court.  For these reasons, the appeal is dismissed.